1  ROBERT S. McLAY (SBN 176661)
   CHERIE M. SUTHERLAND (SBN 217992)
2  **HAYES SCOTT BONINO**
   **ELLINGSON & McLAY, LLP**
3  203 Redwood Shores Parkway, Suite 480
   Redwood City, California 94065
4  Telephone: 650.637.9100
   Facsimile: 650.637.8071
5
   Attorneys for Defendant
6  STATE FARM GENERAL INSURANCE COMPANY

7

8  BARRIE COWAN (SBN 153740)
   595 Laidley Street
9  San Francisco, CA 94131-3039
   Telephone: 415.244.9095
10 Facsimile: 415.358.9710

11 Attorney for Plaintiffs
   MICHAEL O'NEILL and STEPHANIE O'NEILL
12

13
                    UNITED STATES DISTRICT COURT
14
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 MICHAEL O'NEILL and STEPHANIE     | CASE NO. 5:14-cv-01658-RMW
   O'NEILL,
17                                   | STIPULATION AND [PROPOSED]
              Plaintiffs,            | ORDER DISMISSING THE ENTIRE
18                                   | ACTION WITH PREJUDICE
        vs.                          | [Fed. Rule Civ. Proc., Rule 41(a)(1)]
19
20 STATE FARM GENERAL INSURANCE
   COMPANY and Does 1 through 20, inclusive,
21
              Defendant.
22

23     Plaintiffs Michael O'Neill and Stephanie O'Neill, and Defendant State Farm General

24 Insurance Company ("State Farm") hereby stipulate to dismissal with prejudice, of the above-

25 entitled action as follows:

26                                 **STIPULATION**

27     IT IS HEREBY STIPULATED by the parties, that the entire above-entitled action be, and

28

hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) with each party bearing their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: April 18, 2014

By: /s/ Barrie Cowan
BARRIE COWAN
Attorney for Plaintiffs
MICHAEL O'NEILL and STEPHANIE O'NEILL

Dated: April 18, 2014

HAYES SCOTT BONINO ELLINGSON
& McLAY, LLP

By: /s/ Cherie M. Sutherland, Esq.
ROBERT S. McLAY
CHERIE M. SUTHERLAND
Attorneys for Defendant
STATE FARM GENERAL INSURANCE
COMPANY

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) with each party bearing their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April ___, 2014

/s/ Ronald M. Whyte
HONORABLE RONALD W. WHYTE
UNITED STATES DISTRICT COURT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA